IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMI ROSE, | : | |
| | : | 1:13-cv-2056 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| YORK COUNTY, *et al.,* | : | |
| | : | |
| Defendants. | : | |

# ORDER

**August 16, 2013**

1. The Report and Recommendations (Docs. 9 and 10) of Chief Magistrate Judge Martin C. Carlson are **ADOPTED** in their entirety.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** with leave to amend.

3. Plaintiff's Motion for Extension of Time to File Amended Complaint (Doc. 11) is **GRANTED**.  Plaintiff shall file an amended complaint on or before September 16, 2013.

4. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **GRANTED.**

5. Plaintiff'S Motion to Open Judgment/Change of Venue (Doc. 3), Motion to Reinstate Plaintiff's Legal Custody Rights (Doc. 4),

Motion to Vacate (Doc. 5) and Motion for Preliminary Injunction (Doc. 8) are **DENIED.**

6. This matter is **REMANDED** to Magistrate Judge Carlson for all further pre-trial management.

s/ John E. Jones III
John E. Jones III
United States District Judge
